UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-cr-00280-LRH-RJJ |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| PERRY FERNESE WESLEY, ) | |
| ) | |
| Defendant. ) | |

    Before the court is Defendant's Motion to Alter or Amend Order (#109[1]) and Motion for Summary Judgment (#111). The government has responded to Defendant's Motion for Summary Judgment (#112), which the court will treat as both an opposition to the Defendant's Motion to Alter or Amend Order (#109) as well as opposition to the Defendant's Motion for Summary Judgment (#111). The Defendant has also filed his reply to the government's response to Defendant's Motion for Summary Judgment (#113).

    The essence of Defendant's motions is to seek a reconsideration of the court's order denying his Petition for Relief Pursuant to 28 U.S.C. § 2255 (#108). The court's order followed an evidentiary hearing on November 21, 2001, which was conducted to determine whether Defendant instructed or otherwise alerted his counsel of a desire to file a Notice of Appeal following Defendant's sentencing herein. The court carefully considered the evidence presented at the hearing and issued its order denying relief to Defendant/Petitioner. In Defendant/ Petitioner's Motion to Alter or Amend Order, he presented no newly discovered evidence,

---

[1]Refers to court's docket number.

identified no clear error or otherwise demonstrated that the court's judgment was manifestly unjust, nor was any change in controlling law presented to the court.  Petitioner has failed to demonstrate any grounds in support of the relief he seeks.  The essence of both motions is that he seeks reconsideration of the court's Order (#108).  Although no grounds have been demonstrated which would support reconsideration, the court independently confirms that if it were to reconsider its Order (#108), it would reconfirm the same.

      Good cause appearing, Defendant's motions (#109 and #111) are hereby DENIED.

      DATED this 17th day of March, 2008.

LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE