UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PERRY FERNESE WESLEY, SR.,<br><br>                Defendant. | Case no.  2:02-cr-00280-LRH-RJJ<br><br>ORDER |

      Before the court is defendant Perry Fernese Wesley, Sr.'s Motion for Early Termination of Supervision Pursuant to 18 U.S.C. § 3583(e)(1) (#131)[1], and two related motions for a ruling upon defendant's motion (##132 and 135).  The court also requested and received a report and recommendation from the U.S. Probation Office.

      While the court fully appreciates and respects the defendant's satisfactory compliance while on supervised release, the court notes that he has been unemployed since his release in February of 2011, and that his role in the underlying offense of conviction was substantial: he was the direct seller of over two hundred sixty-five grams (265g) of cocaine and an additional one hundred four grams (104g) of marijuana was found in his home following his arrest. Additionally, he has a criminal history category IV and had three prior felony convictions as well as arrests for violent behavior (battery domestic; battery with substantial bodily harm; possession of sawed-off shotgun; and obstructing police office).

///

---

[1] Refers to the court's docketing number.

1  Given this history, and GOOD CAUSE APPEARING, defendant's Motion for Early
2  Termination of Supervision Pursuant to 18 U.S.C. § 3583(e)(1) (#131) is DENIED.  His motions
3  for ruling (##132 and 135) are DENIED as moot.

5  IT IS SO ORDERED.
6  DATED this 27th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE