UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>PERRY FERNESE WESLEY, SR.,<br><br>                  Defendant. | Case no.  2:02-cr-00280-LRH-RJJ<br><br>ORDER |

      Before the court is defendant Perry Fernese Wesley, Sr.'s Motion for Early Termination of Supervision Pursuant to 18 U.S.C. § 3583(e)(1) (#137)[1]. The court requested and received a report and recommendation from the U.S. Probation Office dated November 19, 2014, and also recently received an updated informal report from the U.S. Probation Office.

      Defendant Wesley previously filed a Motion for Early Termination of Supervision (#131) which was denied by the court in late December of 2013. Although there had been positive information reported concerning Mr. Wesley's direction and success since his release from prison, the fact was that he was unemployed, he had been unemployed since his release in February 2011, and his principle offense represented a substantial drug conviction combined with a past history involving violent behavior.

      Mr. Wesley's circumstances have improved since the court's last denial of his request for early termination. He has found employment and has remained successfully re-employed over a substantial period of time. He has also continued to devote a sincere and successful commitment to complying with all conditions of supervision. The court agrees with his counsel that the

---

[1] Refers to the court's docketing number.

additional information and history concerning Mr. Wesley's success under supervision makes the difference in his qualification for early termination.

Good cause appearing, IT IS HEREBY ORDERED that Mr. Wesley's Motion for Early Termination of Supervision Pursuant to 18 U.S.C. § 3583(e)(1) (#137) is GRANTED with the court's congratulations.

Defendant Wesley's supervision pursuant to 18 U.S.C. § 3583(e)(1) is hereby TERMINATED.

IT IS SO ORDERED.

DATED this 14th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE